UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY:**
**OCTOBER 29, 2025**
**DISTRICT JUDGE JOHN W. deGRAVELLES**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 24-100-JWD-SDJ |
| **DAMIAN R. RABY** | |

Sentencing was held in the above matter before District Judge John W. deGravelles on October 29, 2025, with the following participants:

> Alan A. Stevens
> **Counsel for the United States**
>
> Eric Hanlin Hayes
> **Counsel for the Defendant**
>
> Damian R. Raby
> **Defendant**

The Court adopts the undisputed factual findings and guideline computations set forth in the Presentence Investigation Report as recommended by the Probation Office.

For oral reasons assigned, the Defendant's Objections one through three to the presentence report are **OVERRULED**.

The Court imposes a downward variant sentence, accepts the plea agreement, and orders that the Presentence Investigation Report remain under seal as part of the record.

United States Exhibit 1 is admitted into evidence.

The Defendant is advised of his appeal rights, released on his existing bond conditions, and shall self-surrender as ordered.

Signed in Baton Rouge, Louisiana, on October 29, 2025.

CR 51a; T:0:45 hr
Reporter: Gina Delatte-Richard

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**